■ STATE DIVISION OF HUMAN RIGHTS, on Complaint of JACQUELYN SIMMONS, Petitioner, v VISITING NURSING ASSOCIATION OF BUFFALO, INC., Respondent.—Determination unanimously confirmed and petition dismissed, without costs (*see, State Div. of Human Rights v Ingersoll-Rand Co.,* 106 AD2d 917). (Proceeding pursuant to Executive Law § 298.) Present—Hancock, Jr., J. P., Denman, Green, O'Donnell and Pine, JJ.